# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE VINDIOLA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　Defendant. | CIVIL NO. 1:22-cv-01451-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: April 28, 2023　　　　　　　　　/s/ Francesco Paulo Benavides
　　　　　　　　　　　　　　　　　　　FRANCESCO PAULO BENAVIDES
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　*Authorized via e-mail on April 28, 2023

Dated:  April 26, 2023　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　　　　Office of Program Litigation, Office 7

Social Security Administration

By:   <u>/s/ *Scott Elliott*</u>
     SCOTT ELLIOTT
     Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Based on the above stipulation, it is **ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. 405(g).

The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   <u>**May 1, 2023**</u>          <u>**/s/ Gary S. Austin**</u>
                                                UNITED STATES MAGISTRATE JUDGE